UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARICELA VALENZUELA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | (DIVERSITY) |
| WAL-MART STORES TEXAS, L.L.C. | § | |

**NOTICE OF REMOVAL OF ACTION**
**UNDER 28 U.S.C. § 1441(B) (DIVERSITY)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant, **WAL-MART STORES TEXAS, L.L.C**, hereby removes to this Court the state court action described below.

1.  On September 12, 2018, an action was commenced in the District Court, 103RD Judicial District of Cameron County, Texas, entitled *Maricela Valenzuela vs. Wal-Mart Stores Texas, L.L.C.*, in cause number 2018-DCL-05320.

2.  The first date upon which Defendant received a copy of the said complaint was October 11, 2018, when Defendant was served with a copy of the said complaint and a citation from the said State Court. A copy of the citation is *attached hereto as Exhibit B*. In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

    a)  **Plaintiff's Original Petition and Discovery Requests;**
    b)  **Copy of Return Citation of Defendant Wal-Mart Stores Texas, L.L.C.;**
    c)  **Docket Sheet - State Court;**
    d)  **Defendant's Original Answer and Affirmative Defenses to Plaintiff's Original Petition and Requests for Disclosure;**
    e)  **Defendant's Certificate of Written Discovery;**
    f)  **Plaintiff's Responses to Defendant's Requests for Disclosure; and**
    g)  **Excerpts from Plaintiff's deposition dated January 18, 2019.**

In addition and in accordance with the Local Rule, Defendant includes a copy of the docket sheet of the state court matter *a copy of which is attached hereto as Exhibit C.*

3.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the

provisions of 28 U.S.C. §1441(b)(3) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4. Defendant is informed and believes that Plaintiff, Marisela Valenzuela, was and still is citizen of the State of Texas and resident of Brownsville, Cameron County, Texas.

5. Defendant, Wal-Mart Stores Texas, L.L.C., was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and has been served summons and complaint in this action.

6. On September 19, 2018, Plaintiff served to Defendant her Original Petition. *See **Exhibit A**.* In this Original Petition, Plaintiff pleads that she is seeking monetary relief not to exceed $75,000.00. *See Exhibit A at F.* In addition to past medical expenses, Valenzuela seeks damages for future medical expenses, past and future physical pain and mental anguish, past and future physical impairment, past and future disfigurement, and lost wages. *See Exhibit A at K.* Subsequent discovery responses and medical record and billing production revealed that Valenzuela was covered by health care insurance and, although her gross medical expenses exceeded $50,000.00, her paid and incurred expenses totaled less than $10,000.00. *See **Exhibit F**.*

7. Although this case was not removable when originally filed, it became removable on February 7, 2019, when it received a copy of Valenzuela's deposition transcript from which it was able to ascertain that the case is removable. The Fifth Circuit has previously held that "a transcript of the deposition testimony is 'other paper'" *S.W.S. Erectors, Inc. v. Infax. Inc.* 72 F.3d 489, 494 (5th Cir. 1996). In the course of her deposition, Valenzuela testified that she is no longer covered by the health insurance that covered all of her previous medical treatment expenses; that she will require future medical treatment consisting of surgical removal of the hardware used to repair her fracture; and that the expenses associated with her future medical treatment is "really high." *See **Exhibit G*** 41:9-44:25; 74:18-75:19. While Valenzuela's Original Petition seeks damages of less than $75,000.00, it is apparent from her testimony that the amount in controversy likely exceeds $75,000.00 and that removal is appropriate. 28 U.S.C. §1446(b)(3); *Sullivan v. Conway*, 157 F.3d 1092, 1094 (7th Cir. 1998).

8. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

9. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

10. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

11. Plaintiff did demand a jury in the state court suit. Defendant likewise demanded a jury in the state court suit.

12. For the foregoing reasons, Defendant asks the Court to remove the suit to The United States District Court, Southern District of Texas, Brownsville Division.

DATED: **Marc 5, 2019**

Respectfully submitted,

*/s/ Jaime A. Drabek*
Jaime A. Drabek, Attorney-in-Charge
Federal ID No. 8643
Ricardo G. Benavides, Attorney
Federal ID No. 32205
Ashley Cedillo, Attorney
Federal ID No. 3123218
**DAW & RAY, L.L.P.**
3900 N. 10th Street, Suite 950
McAllen, Texas 78501
Telephone: (956) 687-3121
Facsimile: (956) 686-3188
Email: jdrabek@dawray.com
Email: rbenavides@dawray.com
Email: acedillo@dawray.com

**ATTORNEYS FOR DEFENDANTS,
WAL-MART STORES TEXAS, L.L.C.**

## CERTIFICATE OF SERVICE

I, Jaime A. Drabek, hereby certify that on **March 5, 2019**, a true and correct copy of the foregoing instrument was sent to all counsel of record by electronic mail to wit:

Mr. Jorge Green
Ms. Leticia Garza
**THE GREEN LAW FIRM, P.C.**
34 S. Coria
Brownsville, Texas 78520
Telephone: (956) 542-7000
Facsimile: (956) 542-7026
Email: jorge@thegreenlawfirmpc.com
Email: letygarza@thegreenlawfirmpc.com

/s/ *Jaime A. Drabek*
Jaime A. Drabek

THE STATE OF TEXAS   §
                    §   **AFFIDAVIT**
COUNTY OF HIDALGO   §

**BEFORE ME**, the undersigned authority, on this day personally appeared Ricardo G. Benavides of McAllen, Hidalgo County, Texas, who being by me duly sworn, deposes and says that he is an attorney for Defendant in the present cause filed by Marisela Valenzuela; that he has been authorized to make this Affidavit; and that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Ricardo G. Benavides, Affiant

**SWORN TO AND SUBSCRIBED** before me on  March 5  , 2019, by the said Ricardo G. Benavides.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



JOSIE O. LUCIO
Notary Public
STATE OF TEXAS
Notary ID #6996218
My Comm. Exp. Aug. 31, 2020