United States District Court
Southern District of Texas
**ENTERED**
March 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Marisela Valenzuela | § |
| | § |
| vs. | § CRIMINAL ACTION NO. 1:19-CV-033 |
| | § |
| Walmart Inc. | § |

### Order Rescinding Order Regarding Notice of Settlement

On March 1, 2021, the Parties submitted their Stipulation of Dismissal (Docket No. 17). Thereafter, this Court inadvertently signed and entered an Order regarding Notice of Settlement (Docket No. 18) on March 3, 2021.

**IT IS ORDERED** that the Order regarding Notice of Settlement (Docket No. 18), is hereby **RESCINDED**.

Signed this 8th day of March, 2021.

_____
Hon. Rolando Olvera
U.S. District Judge